IN THE DISTRICT COURT OF TIOGA COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

GAYLE L. THOMAS; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-CV-01405

Sheriff's Sale Date: _____

AFFIDAVIT OF SERVICE

TYPE OF PROCESS: **SUMMONS & COMPLAINT**

I, **DAVID SLUSSER**, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve GAYLE L. THOMAS the above process on the **29th** day of **SEPT**, 20**16**, at **7:55** o'clock, **P**M, at 1080 MAPLE STREET SABINSVILLE, PA 16943, County of Tioga, Commonwealth of Pennsylvania:

Manner of Service:

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: **GAYLE THOMAS**
Relationship/Title/Position: **SELF**
Remarks: _____
Description: Approximate Age **64** Height **5'7"** Weight **150** Race **W** Sex **F** Hair **BRN**

Defendant was not served because: [ ] Moved  [ ] Unknown  [ ] No Answer  [ ] Vacant

[ ] Other: _____

Service was attempted on the following dates/times:

1) **9/28/16**   2) _____   3) _____

Commonwealth/State of **PENNSYLVANIA**  )
                                         ) SS:
County of **TIOGA**                      )

Before me, the undersigned notary public, this day, personally, appeared **David M Slusser** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158564
Case ID #: 4706364

Subscribed and sworn to before me
this **29th** day of **September**, 20**16**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVAINA
NOTARIAL SEAL
ROBIN YVONNE MARTIN
ELKLAND BORO, TIOGA COUNTY
MY COMMISSION EXPIRES 5/20/18

Civil Action No.: 4:16-CV-01405-MWB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __GAYLE THOMAS__

was received by me on (date) __9/26/16__.

☒ I personally served the summons on the individual at (place) __1080 MAPLE ST SABINSVILLE PA 16943__ on (date) __9/29/16 7:55AM__

☐ I left the summons at the individual&rsquo;s residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual&rsquo;s last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ __55.00__ for travel and $ __22.68__ for services, for a total of $ __77.68__.

I declare under penalty of perjury that this information is true.

__9/29/16__
Date

Server's Signature

__DAVID M SLUSSER__
Printed name and title

__563 BARBER HOLLOW RD TIOGA PA 16946__
Server's Address

Additional information regarding attempted service, etc:

Sworn to me this 29th Day of September
DAVID M Slusser.

Robin Yvonne Martin 09/29/16

COMMONWEALTH OF PENNSYLVAINA
NOTARIAL SEAL
ROBIN YVONNE MARTIN
ELKLAND BORO, TIOGA COUNTY
MY COMMISSION EXPIRES 5/20/18