## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA.
                Plaintiff

      v.

GAYLE L. THOMAS
                Defendant

Civil Action No:  16-cv-01405

### DEFAULT

AND NOW, this ___26th___ day of __October_, 2016, default is hereby entered against

defendant, GAYLE L. THOMAS for failure to answer, plead or otherwise defend against the Complaint,

pursuant to Federal Rule of Civil Procedure 55(a).

                 Peter J. Welsh, Acting
                Clerk, U.S. District Court

                 s/L. Gonsalves
                Deputy Clerk