# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:16-cv-01405 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| GAYLE L. THOMAS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE AND ORDER TO SHOW CAUSE

**AND NOW**, this 31st day of October, 2016, in recognition that:

1. On July 7, 2016, Plaintiff, the United States of America, filed its Complaint in this action against the Defendant, Gayle L. Thomas, ECF No. 1;

2. Service of the operative Summons and Complaint was personally made upon the Defendant in accordance with Federal Rule of Civil Procedure 4(e), ECF No. 6 Ex. 1;

3. The Defendant has failed to timely answer Plaintiff's Complaint;

4.      On October 26, 2016, the Clerk of Court entered Default as to the

        Defendant, ECF No. 9;

5.      On October 26, 2016, Plaintiff moved for entry of Default Judgment

        as to the claims advanced in its Complaint against the Defendant,

        ECF No. 6;

6.      The Defendant has failed to make an appearance in this action;

7.      Plaintiff's claim is for $93, 897.19 plus interest accruing upon the

        unpaid balance from April 8, 2016 at the daily rate of $9.89 due on a

        June 28, 2005 loan from the United States Department of Agriculture

        in the principal amount of $70,000.00, ECF No. 1 at 1;

8.      Accordingly, Plaintiff's claim "is for a sum certain or a sum that can

        be made certain by computation" as contemplated by Federal Rule

        of Civil Procedure 55(b)(1); and

9.      Counsel for Plaintiff swears that, upon reasonable investigation, the

        Defendant is not believed to be presently in the military service of

        the United States, ECF No. 8;

**IT IS HEREBY ORDERED** that the Defendant, within twenty-one (21) days of this Notice and Order to Show Cause and no later than **November 30, 2016 at 5:00 p.m.**, shall **SHOW CAUSE** as to why this Court should not grant Plaintiff's Motion for Default Judgment. In the event that the Defendant fails to show cause, the Defendant is **NOTICED** that this Court will grant Plaintiff's Motion for Default Judgment in full and will immediately award Plaintiff the entirety of the relief it seeks.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the Defendant at the following two addresses:

> **Gayle L. Thomas**
> **1080 Maple Street**
> **Sabinsville, PA 16943**

> **Gayle L. Thomas**
> **P.O. Box 134**
> **Sabinsville, PA 16943**

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge