OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$0.47 0
US POSTAGE
FIRST-CLASS
062S0008346865
17701

GAYLE L. THOMAS
P.O. Box 134
Sabinsville, PA   16943

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$0.47 0
US POSTAGE
FIRST-CLASS
062S0008346865
17701

GAYLE L. THOMAS
1080 Maple Street
Sabinsville, PA   16943