U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>16-01405 |
|---|---|
| DEFENDANT<br>Gayle L. Thomas | TYPE OF PROCESS<br>Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Gayle L. Thomas

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
1080 Maple Street, Sabinsville Pa. 16943

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.  
701 Market  
Suite 5000  
Philadelphia, PA 19106

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Minimum Bid: $4,238.00

1:00pm AJF

Sale: April 27, 2017 at 1:30 p.m.     Tioga County Courthouse - 116 Main Street Wellsboro PA 16091

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>215-627-1322 | DATE<br>2/25/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 67 | District to Serve<br>No. 67 | Signature of Authorized USMS Deputy or Clerk<br>JMB, DFC | Date<br>4/25/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED  
HARRISBURG, PA  
MAY - 2 2017  

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Address (complete only different than shown above) | Date<br>4/27/17 | Time<br>1:05 | ☐ am<br>☒ pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy  
#5007

| Service Fee<br>195.00 | Total Mileage Charges including endeavors<br>55.64 | Forwarding Fee<br>250.64 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: Sold $4,300.00 to highest bidder  52 miles 1way  
1.5 hours

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 11/13



U. S. Department of Justice

United States Marshals Service

*Middle District of Pennsylvania*

*Scranton, PA 18501*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION: 16-01405

I, __A Fils-Aime__, a Deputy U. S. Marshal for the Middle District of Pennsylvania, sold the property located at: __1080 Maple St. Sabinsville, PA 16943__
The public sale was held on __4-27-17__ and the highest bidder was: __4300.00 Brian W. Dmayer, CashNow LLC__, who bid the amount of $ __4300.00__.

__AufA #5207__
Deputy U.S. Marshal
Middle District PA

# BIDDERS REGISTRATION FORM

*(PLEASE PRINT NEATLY)*

#1

$4,300.00

**NAME:** Brian Widmayer

**ADDRESS:** 63 Mt Zion Rd
York Pa 17402

**PHONE (DAY):** (717) 324-8273

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES *****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

Cash Now LLC
63 Mt Zion Rd York Pa 17402

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED