**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                     Plaintiff<br><br>vs.<br><br>GAYLE L. THOMAS<br><br>                     Defendant | CIVIL NO. 16-01405 |

**ORDER**

AND NOW, this 6th day of September, 2017, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 1080 Maple Street Sabinsville, PA 16943 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

*s/ Matthew W. Brann*
                                                  J.

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>GAYLE L. THOMAS<br><br>                Defendant | CIVIL NO. 16-01405 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser……………………………….. $4,300.00

Amount of cash received………………………………………………$4,300.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

   Mileage and Fees……………………………………………………$139.10

**DEPARTMENT OF JUSTICE COSTS:**
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

   Advertising Cost ……………………………………………………$1,340.40

TOTAL COSTS TO U.S. GOVERNMENT …………………….$1,479.50

Proceeds of sale less Marshals Costs to the United
States Department of Justice re: CDCS#2016A50392………………$2,820.50

                                        Respectfully submitted,

                                        KML Law Group, P.C.

                                        By: _____
                                        Thomas I. Puleo, Esquire
                                        Pennsylvania Attorney I.D. No. 27615
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6309